Received Fax : Jan 22 2009 2:56PM Fax Station : LAW OFFICES
Case 2:08-cv-00687-CEH-D_F Document 10-2 Filed 01/28/09 Page 1 of 1 PageID 43

Jan. 22. 2009 2:56PM No. 2927 P. 2

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT District of Florida

Case Number: 08-CV-687-FTM-99DNF

Plaintiff:
**GWEN GONZALES**

vs.

Defendant:
**VOGUE PLACE LLC, MAPLE CREEK LLC, RAY SUPRENARD,
Individually.,**

For:
Martin Saenz
THE SAENZ LAW FIRM, P.A.
777 Brickell Ave
Ste 1114
Miami, FL 33131

Received by ROBERTO LINDSAY PROCESS SERVICE on the 14th day of August, 2008 at 3:43 pm to be served on **RAY SUPRENARD, 10161 AVALON LAKE CIRCLE, FT. MYERS, FL 33901**.

I, ATTORNEY SUBPOENA SERVICE, do hereby affirm that on the **19th day of January, 2009** at **6:15 pm, I:**

**Substitute Served** by leaving a true copy of this **Civil Action Summons and Complaint** with the date and hour of service endorsed thereon by me with STEPHANIE SUPRENARD as **SPOUSE** and informing said person of the contents therein.

**Additional Information pertaining to this Service:**
Mr. Suprenard no longer at 15105-2 Pine Meadows Drive, Ft. Myers, FL 33908.
SECOND ADDRESS FOR MR. SUPRENARD AS REGISTERED AGENT FOR VOGUE PLACE, LLC, AT 3675 BROADWAY STREET, FT. MYERS, FL 33901. SERVER WAS NOT ABLE TO FIND MR. SUPRENARD AT THIS ADDRESS.
THIRD ADDRESS: 10161 AVALON LAKE CIRCLE, FT. MYERS, FL 33901.

I am over the age of eighteen, and have no interest in the above action.

 COPY

ATTORNEY SUBPOENA SERVICE
Process Server

ROBERTO LINDSAY PROCESS SERVICE
**7105 Sw 8th Street
Suite # 307
Miami, FL 33144
(305) 273-0317**
Our Job Serial Number: 2008002170

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j